IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,

vs.

DWIGHT WINSLOW, et al.,

    Defendants.

CV F 05 1560 OWW WMW   P

FINDINGS AND RECOMMENDATIONS RE REQUESTS FOR INJUNCTIVE RELIEF (DOCS 9, 10, 17, 19, 26, 28, 31, 32, 33, 36, 39, 41, 45)

    Plaintiff is a state prisoner proceeding pro se.  Plaintiff, an inmate in the custody of the California Department of Corrections at CCI Tehachapi, brought this action seeking damages and injunctive relief against correctional officials for inadequate medical care.

    Along with this recommendation, a separate order will issue dismissing the complaint, and granting Plaintiff's requests for leave to file an amended complaint.  The complaint fails to state a claim for relief against any individual defendants.  Specifically, the court found Plaintiff's allegations to be vague and conclusory.  Plaintiff's complaint consists of generalized grievances and fails to charge any individual defendant with specific conduct.

    Plaintiff has filed numerous requests for injunctive relief, seeking various orders directing correctional officials to provide him with certain medical care.  Plaintiff has not stated a claim as to any of the defendants, and no defendant has been served or filed a response.  The

1  court must have personal jurisdiction over the parties to be enjoined; it may not enjoin
2  defendants not yet served or before the court.  <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727
3  (9th Cir. 1983).

4  Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions seeking
5  injunctive relief be denied without prejudice.

6  These findings and recommendations are submitted to the United States District
7  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
8  thirty days after being served with these findings and recommendations, Plaintiff may file
9  written objections with the court.  Such a document should be captioned "Objections to
10 Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file
11 objections within the specified time may waive the right to appeal the District Court's order.
12 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

17 IT IS SO ORDERED.

18 **Dated:    November 20, 2006**            /s/  **William M. Wunderlich**
   mmkd34                                    UNITED STATES MAGISTRATE JUDGE

2