IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,                                CV F 05 1560 OWW WMW   P

  vs.                                        ORDER RE MOTION (DOC 11 )

DWIGHT WINSLOW, et al.,

    Defendants.

Plaintiff has filed a motion titled as a Motion to Omit Affidavits and Motion to Amend. Plaintiff seeks to assert additional allegations in an amended pleading. After Plaintiff filed his motion, the court entered an order, granting Plaintiff leave to file an amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to omit affidavits and to amend is denied as moot.

IT IS SO ORDERED.

**Dated:   December 19, 2006**             **/s/  William M. Wunderlich**
mmkd34                                                        UNITED STATES MAGISTRATE JUDGE

1