IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,                               CV F 05 1560 OWW WMW   P

   vs.                                    ORDER RE MOTION (DOC 12 )

DWIGHT WINSLOW, et al.,

    Defendants.

       Plaintiff has filed a motion requesting discovery. Until such time as a discovery order has been entered, no discovery may be had by any party. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:   December 19, 2006**            /s/  William M. Wunderlich
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

1