IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,   CV F 05 1560 OWW WMW   P

vs.   ORDER RE MOTION (DOC 18 )

DWIGHT WINSLOW, et al.,

    Defendants.

Plaintiff has filed a motion requesting the assignment of a U.S. Magistrate Judge. This action has been referred pursuant to 28 U.S.C. § 636 (b)(1). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   December 19, 2006**    /s/  **William M. Wunderlich**
mmkd34    UNITED STATES MAGISTRATE JUDGE

1