IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,

vs.

DWIGHT WINSLOW, et al.,

    Defendants.

CV F 05 1560 OWW WMW   P

ORDER RE MOTION (DOC 27)

Plaintiff has filed a motion titled as a "Motion to Omit Picture of Injury Material Fact." Plaintiff appears to request the admission or exclusion of certain evidence. Evidence should not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to omit evidence is denied as premature.

IT IS SO ORDERED.

**Dated:   December 19, 2006**             /s/  **William M. Wunderlich**
mmkd34                                                        UNITED STATES MAGISTRATE JUDGE

1