1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7  ANTONIO LUIS WILLIAMS,

8          Plaintiff,          CV F 05 1560 LJO WMW P

9     vs.                      ORDER RE MOTION (DOC 58)

10

11

12  DWIGHT WINSLOW, et al.,

13          Defendants.

14

15     Plaintiff has filed a motion "to enforce orthopedic Dr. orders of surgery."  Plaintiff's

16  motion seeking a court order does not comply with Local Rule 65-231.  Further, the court has

17  recommended denial of in forma pauperis status pursuant to 28 U.S.C. 1915(g).

18     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied. IT IS SO
    ORDERED.
19
        **Dated:   September 27, 2007         /s/  William M. Wunderlich**
20                                     UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26
                                1