IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

        Plaintiff,        CV F 05 1560 LJO WMW P

  vs.                  ORDER RE MOTION (DOC 62)

DWIGHT WINSLOW, et al.,

        Defendants.

     Plaintiff has filed a motion to transfer this action to the Northern District of California. This case was filed in the Northern District, and transferred to this district on venue grounds. Plaintiff has not made any showing as to why venue lies in the Northern District. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to transfer is denied.

IT IS SO ORDERED.

**Dated:**   **January 16, 2008**              **/s/ William M. Wunderlich**
                                                       UNITED STATES MAGISTRATE JUDGE