IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

      Plaintiff,       CV F 05 1560 LJO AWI WMW PC

  vs.               ORDER

DWIGHT WINSLOW, et al.,

      Defendants.

On April 17, 2008, an order was entered, dismissing the second amended complaint and granting Plaintiff leave to file a third amended complaint. On April 21, 2008, Plaintiff filed a notice of change of address, indicating that he has been transferred to High Desert State Prison. Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk's Office is directed to re-serve the April 17, 2008, order upon Plaintiff.

    2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of April 17, 2008.

 IT IS SO ORDERED.

**Dated:   May 19, 2008**                 **/s/  William M. Wunderlich**
                              UNITED STATES MAGISTRATE JUDGE

1