IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>           Plaintiff,<br><br>    vs.<br><br>DWIGHT WINSLOW, et al,<br><br>           Defendants.<br>_____/ | 1:05-cv-01560-LJO-WMW (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(DOCUMENT #81)<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 23, 2008, plaintiff filed a motion to extend time to file a third amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted forty-five (45) days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

Dated:    May 29, 2008              /s/  William M. Wunderlich
                                    UNITED STATES MAGISTRATE JUDGE