IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>           Plaintiff,<br><br>  vs.<br><br>DWIGHT WINSLOW, et al.,<br><br>           Defendants.<br>_____/ | 1:05-cv-1560 LJO WMW (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(DOCUMENT #83)<br><br>THIRTY- DAY DEADLINE |

      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2008, plaintiff filed a motion to extend time to file a third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Plaintiff is granted thirty (30) days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

Dated:   June 13, 2008                         /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE