IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LUIS WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DWIGHT WINSLOW, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-1560 LJO-WMW (PC)<br><br>ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT<br><br>(DOCUMENT #86)<br><br>FORTY-FIVE DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2008, plaintiff filed a motion to extend time to file his third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted forty-five (45) days from the date of service of this order in which to file his third amended complaint.

IT IS SO ORDERED.

Dated:　　July 11, 2008　　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE