IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

       Plaintiff,         1: 05 CV 1560 LJO WMW PC

  vs.                       ORDER RE MOTIONS
                           (DOCS 80, 84, 87, 89, 90)

DWIGHT WINSLOW, et al.,

       Defendants.

     Plaintiff has filed motions for leave to file an amended complaint and motions for extensions of time to file an amended complaint. Subsequently, Plaintiff filed a third amended complaint in compliance with the April 17, 2008, order dismissing the second amended complaint.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are denied as moot. IT IS SO ORDERED.

**Dated:**   **September 3, 2008**             /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE

1