1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ANTONIO LUIS WILLIAMS,                        1:05-cv-01560 LJO WMW (PC)

12                                                 ORDER GRANTING FIRST MOTION
                      Plaintiff,                   TO EXTEND TIME TO FILE
13                                                 OBJECTIONS TO FINDINGS AND
              vs.                                  RECOMMENDATIONS
14
     DWIGHT WINSLOW, et al,                        (DOCUMENT #100)
15
                      Defendants.                  (30) THIRTY  DAY DEADLINE
16
     _____/
17
              Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18
     1983.  On September 25, 2008 ,  plaintiff filed a motion to extend time to  file Objections to
19
     Findings and Recommendations.  Good cause having been presented to the court and GOOD
20
     CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:
21
              Plaintiff is granted thirty (30) days from the date of service of this order in which to file
22
     Objections to Findings and Recommendations.
23

24
     IT IS SO ORDERED.
25
     **Dated:    September 30, 2008          _____/s/  William M. Wunderlich_____**
26                                            UNITED STATES MAGISTRATE JUDGE

27

28