IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,                      1: 05 CV 1560 LJO WMW PC

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#96)

DWIGHT WINSLOW, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 3, 2008, findings and recommendations were entered, recommending denial of Plaintiff's application to proceed in forma pauperis.  Plaintiff was provided an opportunity to file objections within thirty days.   On October 27, 2008, Plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 3, 2008, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied purusant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submit the $350 filing fee, in full, within thirty days of the date of service of this order. Plaintiff's failure to do so will result in dismissal of this action pursuant to Local Rule 11-110.

IT IS SO ORDERED.

Dated:     November 3, 2008                                                      /s/ Lawrence J. O'Neill
                                                                                         UNITED STATES DISTRICT JUDGE