| | |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

ANTONIO LUIS WILLIAMS,

    Plaintiff,                             1:05 CV 1560 LJO WMW  PC

  vs.                                       ORDER DISMISSING ACTION

DWIGHT WINSLOW, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

      On September 3, 2008, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g), and Plaintiff be directed to pay the filing fee in full. On November 4, 2008, the findings and recommendations were adopted in full, denying Plaintiff's application to proceed in forma pauperis and directing Plaintiff to pay the $350 filing fee, in full, within thirty days. Plaintiff filed a Notice of Appeal. On March 12, 2009, Plaintiff's appeal was dismissed for lack of jurisdiction.

      Plaintiff has not paid the filing fee. Plaintiff has been denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g). Therefore, Plaintiff may not proceed in forma pauperis unless he has alleged facts indicating that he is in imminent danger of serious injury.

Plaintiff has not done so in this case.  The November 4, 2008, order directing Plaintiff to pay the filing fee cautioned Plaintiff that his failure to do so would result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Local Rule 11-110 for failure to pay the filing fee.

IT IS SO ORDERED.

**Dated:    April 3, 2009**                             /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE